## Second Department, April, 1933.

George Anderson, Respondent, v. Morris Wieser and Others, Appellants.— The order of this court dated February 29, 1932, is modified by extending the time for acceptance of bids by the receiver until sixty days from the entry of the order hereon. The receiver should accept the Anderson bid of twenty-five dollars, which was accompanied by a check for that amount. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ. [See 235 App. Div. 701.]

Helen B. Bean, as Administratrix, etc., of Harold J. Bean, Deceased, Respondent, v. The Town of Orangetown, Rockland County, New York, and Harry L. Phillips, Appellants, Impleaded with Another, Defendant.— (No. 460). Motion for leave to appeal to the Court of Appeals denied. (No. 461). Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

J. Laura J. Starke Belknap, Appellant, v. Village of Croton-on-Hudson and Its Trustees, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

John F. Carney and Another, as Executors of Luella Walter Eisenlohr, Deceased, Respondents, v. Paul C. Kienast, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Alice Davis, Appellant, v. Village of Croton-on-Hudson and Its Trustees, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

John Fackner, Respondent, v. New York Telephone Company, Appellant. — Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

In the Matter of the Application of Brooklyn Bar Association in Respect of Archibald S. Gellis, an Attorney and Counselor at Law.— Petition as amended referred to Hon. Norman S. Dike, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

In the Matter of the Application of Hugo Seidenberg and Rose Seidenberg, Appellants, for a Mandamus Order against Edward P. Burwell, Superintendent of the Bureau of Buildings, Borough of Queens, City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals withdrawn pursuant to stipulation. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

The Jarl Company, Appellant, v. Village of Croton-on-Hudson and Its Trustees, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.